**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    v.                           Case No. 06-mj-082-01-JM

<u>Joan DiBartolo</u>

**O R D E R**

    Defendant appeared for a bail revocation hearing pursuant to 18 U.S.C. § 3148.  She does not contest her violations.  Unfortunately, she has been unable to stay off marijuana and cocaine.  Only after arrest on bail violations does she now say she needs treatment.  She is not now a good candidate for treatment and is unlikely to comply with conditions.  I find that the defendant is unlikely to abide by any condition or combination of conditions.  Her bail is revoked.

    Accordingly, it is **ORDERED** that the defendant be detained pending trial.

    The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On

order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

    **SO ORDERED.**

                                                    James R. Muirhead
                                                  United States Magistrate Judge

Date: September 12, 2006

cc:    Jonathan R. Saxe, Esq.
       Terry L. Ollila, Esq.
       U.S. Marshal
       U.S. Probation